NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1045

STATE OF LOUISIANA

VERSUS

CHRISTOPHER GONZALES

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 21471-02
HONORABLE G. MICHAEL CANADAY, DISTRICT JUDGE

**********

**ELIZABETH A. PICKETT**
**JUDGE**
**********

Court composed of John D. Saunders, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

William R. Campbell, Jr.
Louisiana Appellate Project
700 Camp Street
New Orleans, LA 70130
(504) 528-9500
Counsel for Defendant Appellant:
Christopher Gonzales

Robert Richard Bryant, Jr.
District Attorney
Sharon Darville Wilson
Carla S. Sigler
Assistant District Attorneys
P. O. Box 3206
Lake Charles, LA 70602
Counsel for Plaintiff Appellee:
State of Louisiana